UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONTAE JOHAN DUNCAN,<br><br>            Plaintiff,<br><br>     v.<br><br>T. CISNEROS, et al.<br><br>            Defendants. | No.  1:23-cv-01190-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. 14) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 23, 2023, the court screened plaintiff's complaint, found that plaintiff had not stated a cognizable claim, and granted plaintiff thirty days to file an amended complaint. Doc. 11.  Plaintiff failed to file an amended complaint or otherwise respond to the court's order. On December 5, 2023, the court ordered plaintiff to show cause why the action should not be dismissed.  Doc. 13.  Plaintiff failed to respond to the order to show cause.  Therefore, on January 2, 2024, the magistrate judge issued findings and recommendations recommending dismissal of the action for failure to comply with court orders, failure to prosecute, and failure to state a cognizable claim for relief.  Doc. 14.

///

In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of this case. After carefully reviewing the matter, the court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly, it is HEREBY ORDERED:

1. The findings and recommendations issued on January 2, 2024, Doc. 14, are ADOPTED IN FULL;
2. This action is DISMISSED for failure to comply with court orders, failure to prosecute, and failure to state a claim upon which relief can be granted; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   November 1, 2024

_____
UNITED STATES DISTRICT JUDGE

2